**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

KALVIN YOUMAN,

     Plaintiff,

vs.                                   CASE NO.: 4:10-cv-248-SPM-WCS

M. WOOD, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 11).  Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 11) is *adopted* and incorporated by reference in this order.

2.     The case is *dismissed* for failure to state a claim upon which relief may be granted. The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this <u>seventh</u> day of October, 2010.

               *s/ Stephan P. Mickle*
               Stephan P. Mickle
               Chief United States District Judge